## CRIMINAL CAUSE FOR ARRAIGNMENT

BEFORE **U.S.D.J. MATSUMOTO**      DATE: **8/23/2018**      TIME: **12:00p.m.- 12:45p.m.**

DOCKET NUMBER: **18 CR 134 [KAM**

DEFENDANT: Donville Inniss

DEFENSE COUNSEL: Garnett H. Sullivan  -Retained

AUSA: Sylvia Shweder

CASE MANAGER:  Sandra Jackson      FTR/ COURT REPORTER: S. Mace

✔ Case Called          ✔ Arraignment and Status Conference held as to the defendant.

__ Defendants was released on_____ PRB with/without some conditions.

__ Defendants were advised of bond conditions by the Court and signed the bond.

__ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

__ At this time, defense counsel states on the record that defendant  does not have a bail application/package.

**Order of Detention Entered**  with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

✔ Order of Excludable Delay entered as to the defendant.

✔ Code Type **XT**   Start **8/23/2018**      Stop **10/23/2018**   as to the defendant.

___ Order of Speedy Trial entered.   Code Type____   Start_____   Stop_____

✔ Defendant first appearance on the underlying indictment and the superseding indictment.

✔ Defendant were arraigned on the indictment and the superseding indictment.

✔ Defendant informed of his rights.

✔ Defendant waived reading of the indictment and the superseding indictment

✔ Defendant entered **Not Guilty Pleas to All Counts** in the indictment and the superseding indictment.

## ADDITIONAL BAIL CONDITIONS
✔ The defendant's bail conditions has been extended to include the Southern District of Florida.

✔ The defendant shall not communicate with any of the co-conspirators.

The parties are engaging in plea negotiations and time is excluded on consent of all parties until 10/23/18. All parties shall appear for another status conference at 12:00 noon on 10/23/18 in courtroom 6c south.