

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

F. #2016R02185

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 16, 2019

<u>By ECF and E-mail</u>

The Honorable Roanne L. Mann
Chief United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: United States v. Donville Inniss et al.
     <u>Criminal Docket No. 18-134 (S-1)(KAM)</u>

Dear Chief Judge Mann:

  The government respectfully submits this letter to request that the Court order that the superseding indictment in the above-referenced matter be unsealed.

          Respectfully submitted,

          RICHARD P. DONOGHUE
          United States Attorney

     By:   /s/
          Sylvia Shweder
          Assistant U.S. Attorney
          (718) 254-6092

Enclosure

cc: Clerk of Court (by ECF)
   Anthony Ricco, Esq. (by ECF)

F.# 2016R02185

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA | P R O P O S E D   O R D E R |
| - against - | CR 18-134 (S-1)(KAM) |
| DONVILLE INNISS,<br>INGRID INNES and<br>ALEX TASKER,<br><br>                   Defendants. | |

- - - - - - - - - - - - - - - - - - - - - - - - - X

Upon the application of RICHARD P. DONOGHUE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Sylvia Shweder, for an order unsealing the superseding indictment.

WHEREFORE, it is ordered that the superseding indictment be unsealed.

Dated:    Brooklyn, New York
             January 16, 2019

 

_____
HONORABLE ROANNE L. MANN
CHIEF UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK