

U.S. Department of Justice

Criminal Division

*Fraud Section*  *Washington, D.C. 20530*

January 15, 2019

By FedEx and ECF

Anthony Ricco, Esq.
20 Vesey Street
Suite 400
New York, NY 10007

Re:   United States v. Donville Inniss, Criminal Docket No. 18-134 (S-1) (KAM)

Dear Mr. Ricco:

    I am the filter attorney assigned to the above-referenced matter. Please find enclosed with this letter one USB flash drive containing emails received pursuant to court-authorized searches of the defendant's email account that have not been previously produced by the trial team. These documents, which are Bates-numbered DOJ-CDL-T-0000000001 - DOJ-CDL-T-0000064007, are in the custody of the filter team. No privilege determination has been made as to these documents.

    If you have any questions, please do not hesitate to contact me.

    Very truly yours,

    s/ Elina A. Rubin-Smith
    Elina A. Rubin-Smith
    Trial Attorney
    Department of Justice
    (202) 616-1617

Enclosures

cc:   Clerk of the Court (KAM) (by ECF) (without enclosures)