F.# 2016R02185

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

DONVILLE INNISS,
INGRID INNES and
ALEX TASKER,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

PROPOSED ORDER

CR 18-134 (S-1)(KAM)

Upon the application of RICHARD P. DONOGHUE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Sylvia Shweder, for an order unsealing the superseding indictment.

WHEREFORE, it is ordered that the superseding indictment be unsealed.

Dated:   Brooklyn, New York
          January 16, 2019

s/Kiyo A. Matsumoto
_____
HONORABLE ~~ROANNE L. MANN~~ KIYO A. MATSUMOTO
CHIEF UNITED STATES ~~MAGISTRATE~~ JUDGE
EASTERN DISTRICT OF NEW YORK
                              DISTRICT



U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

F. #2016R02185

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 16, 2019

<u>By ECF and E-mail</u>

The Honorable Roanne L. Mann
Chief United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: United States v. Donville Inniss et al.
     <u>Criminal Docket No. 18-134 (S-1)(KAM)</u>

Dear Chief Judge Mann:

   The government respectfully submits this letter to request that the Court order that the superseding indictment in the above-referenced matter be unsealed.

           Respectfully submitted,

           RICHARD P. DONOGHUE
           United States Attorney

       By: /s/
           Sylvia Shweder
           Assistant U.S. Attorney
           (718) 254-6092

Enclosure

cc: Clerk of Court (by ECF)
   Anthony Ricco, Esq. (by ECF)

TO: Clerk's Office
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

APPLICATION FOR LEAVE
TO FILE DOCUMENT UNDER SEAL

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

USA

-v.-

Inness et al

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Docket Number: 18 cr 134

SUBMITTED BY: Plaintiff ___ Defendant ___ DOJ ___
Name: Suyna Synwedy
Firm Name: 271 Cadman Plaza E
Address:

Phone Number: 718-254-6092
E-Mail Address:

INDICATE UPON THE PUBLIC DOCKET SHEET: YES ___ NO ___
If yes, state description of document to be entered on docket sheet:

A) If pursuant to a prior Court Order:
Docket Number of Case in Which Entered: ___
Judge/Magistrate Judge: ___
Date Entered: ___

B) If a new application, the statute, regulation, or other legal basis that authorizes filing under seal

ORDERED SEALED AND PLACED IN THE CLERK'S OFFICE, AND MAY NOT BE UNSEALED UNLESS ORDERED BY THE COURT.

DATED: 1/16/19   [signature]   NEW YORK

U.S. DISTRICT JUDGE/U.S. MAGISTRATE JUDGE

RECEIVED IN CLERK'S OFFICE ___
DATE

MANDATORY CERTIFICATION OF SERVICE:
A.) ___ A copy of this application either has been or will be promptly served upon all parties to this action, B.) ___ Service is excused by 31 U.S.C. 3730(b), or by the following other statute or regulation: ___ ; or C.) ___ This is a criminal document submitted, and flight public safety, or security are significant concerns. (Check one)

DATE ___   SIGNATURE ___