# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| UNITED STATES OF AMERICA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 18 - Cr - 134 (KAM) |
| DONVILLE INNISS | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

DEFENDANT DONVILLE INNISS

Date:   01/18/2019

/S/ Steven Z. Legon
*Attorney's signature*

Steven Z. Legon  (SL9185)
*Printed name and bar number*
Office of Anthony L. Ricco, Esq.
20 Vesey Street, Suite 400
New York, New York  10007

*Address*

slegon@aol.com
*E-mail address*

(212) 791-3919
*Telephone number*

(212) 964-2926
*FAX number*