**ANTHONY L. RICCO**
ATTORNEY AT LAW

20 VESEY STREET • SUITE 400
NEW YORK, NEW YORK 10007
—
TEL (212) 791-3919
FAX (212) 964-2926
tonyricco@aol.com

Steven Z. Legon
*Of Counsel*

January 25, 2019

Hon. Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      **Re:** ***United States v. Donville Inniss*, Docket No. 18-Cr.-134 (KAM)**

Dear Judge Matsumoto:

      This letter is written at the direction of the court, to confirm that the defendant, Donville Inniss, has been informed of, joined in the request for, and does not object to the exclusion of time in the above referenced matter, from today's date, January 25, 2019, up to and including June 24, 2019, under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice.

                                                Respectfully,

                                                *Anthony L. Ricco*
                                                Anthony L. Ricco

cc: A.U.S.A. Sylvia Shweder (By E.C.F.)

cc: Gerald M. Moody, Jr. (By E.C.F.)
    Trial Attorney
    U.S. Department of Justice