

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

AB:SSS
F. #2016R02185

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 24, 2019

<u>By Email and ECF</u>

Anthony Ricco
20 Vesey Street, Suite 400
New York, New York 10007

   Re: <u>United States v. Donville Inniss</u>
     <u>Criminal Docket No. 18-134 (S-1)(KAM)</u>

Dear Mr. Ricco:

   In an abundance of caution, the government hereby discloses the following information that may be helpful to the defense. When interviewed during an internal investigation of ICBL, Ingrid Innes and Alex Tasker generally denied the allegations to auditors. Innes is represented by Ronald G. DeWaard, Esq., who can be contacted at (616) 336-6480. In addition, Roger Clarke has expressed that he believed that the defendant's political rivals were trying to frame him. The government does not concede that this is material information under <u>Brady v. Maryland</u>, 373 U.S. 83 (1963), and its progeny.

          Very truly yours,

          RICHARD P. DONOGHUE
          United States Attorney

      By: /s/ Sylvia Shweder
         Sylvia Shweder
         Assistant U.S. Attorney
         (718) 254-6092

         Gerald M. Moody, Jr.
         Trial Attorney
         Department of Justice
         (202) 616-4988

cc: Clerk of the Court (KAM) (by ECF)