# ANTHONY L. RICCO
### ATTORNEY AT LAW

20 VESEY STREET • SUITE 400
NEW YORK, NEW YORK 10007
—
TEL (212) 791-3919
FAX (212) 964-2926
tonyricco@aol.com

Steven Z. Legon
*Of Counsel*

September 2, 2019

Hon. Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

     **Re:** *United States v. Donville Inniss*, **Docket No. 18-Cr.-134 (KAM)**

Dear Judge Matsumoto:

     The purpose of this letter application is to request permission for the defendant, Donville Inniss, to appear by telephone at the status conference presently scheduled for Friday, September 6, 2019, at 10:00 a.m.

     Donville Inniss resides in Florida, and due to Category 5 Hurricane Dorian, which is projected to make landfall by Tuesday, as well as mandatory evacuations and anticipated airline flight cancellations, we believe it unlikely that Donville Inniss will be able to fly to New York to appear in court on Friday for the scheduled status conference.

     The government has been informed of this recent development and has no objection to Donville Inniss being permitted to appear by telephone.

                                               Respectfully,

                                             Anthony L. Ricco

cc: A.U.S.A. Sylvia Shweder (By E.C.F.)

cc: Gerald M. Moody, Jr. (By E.C.F.)
    Trial Attorney
    U.S. Department of Justice