# ANTHONY L. RICCO
### ATTORNEY AT LAW

20 VESEY STREET • SUITE 400
NEW YORK, NEW YORK 10007

TEL (212) 791-3919
FAX (212) 964-2926
tonyricco@aol.com

September 9, 2019

Hon. Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      **Re: *United States v. Donville Inniss*, Docket No. 18-Cr.-134 (KAM)**

Dear Judge Matsumoto:

      The purpose of this letter is to inform the court that the defendant, Donville Inniss, hereby withdraws his request for trial on the forfeiture allegations contained in the superseding indictment.

      When the government filed its forfeiture letter, dated February 13, 2019, the forfeiture matter of *Timbs v. Indiana*, 586 U.S. ___ (2019), was pending before the United States Supreme Court. At the time, it was defense counsel's intention to wait for the Supreme Court to issue its decision, to determine what, if any impact such decision may have upon Donville Inniss' rights in regard to the forfeiture allegations. However, since the Supreme Court's decision in *Timbs* did not impact Donville Inniss, the defense does not object to the government's position in this matter, and defense counsel withdraws Donville Inniss' request for trial on the forfeiture allegations.

      Respectfully,

      *Anthony L. Ricco*

      Anthony L. Ricco

cc: A.U.S.A. Sylvia Shweder (By E.C.F.)

cc: Gerald M. Moody, Jr. (By E.C.F.)
    Trial Attorney
    U.S. Department of Justice