

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 10, 2019

By Email and ECF

Anthony Ricco
20 Vesey Street, Suite 400
New York, New York 10007

      Re:    United States v. Donville Inniss
              Criminal Docket No. 18-134 (S-2)(KAM)

Dear Mr. Ricco:

      Pursuant to 18 U.S.C. § 3505, please be advised by this letter that the United States intends to offer at trial foreign records of regularly conducted business activities obtained from Barbados and Bermuda via voluntary production by the Insurance Corporation of Barbados Ltd. and Mutual Legal Assistance Treaty requests. These records have been provided to you and identified through our various discovery productions. As you know we have previously made you aware in our discovery cover letters of the government's intention to introduce all evidence provided to you, including the foreign evidence described above, but we are highlighting these foreign records for your convenience. We also may receive supplemental records from such sources, and also would intend to offer those records at trial, as well.

                                      Very truly yours,

RICHARD P. DONOGHUE          ROBERT A. ZINK
United States Attorney              Chief, Fraud Section
                                             Criminal Division
                                             U.S. Department of Justice

By:  /s/                             By:  /s/
     David Gopstein                   Gerald M. Moody, Jr.
     Sylvia Shweder                   Trial Attorney
     Assistant U.S. Attorneys         U.S. Department of Justice
     (718) 254-6153/6092            (202) 616-4988

cc:     Clerk of the Court (KAM) (by ECF)