# ANTHONY L. RICCO

ATTORNEY AT LAW

20 VESEY STREET • SUITE 400
NEW YORK, NEW YORK 10007
---
TEL (212) 791-3919
FAX (212) 791-3940
tonyricco@aol.com

Steven Z. Legon
*Of Counsel*

November 25, 2019

Hon. Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      **Re: *United States v. Donville Inniss*, Docket No. 18-Cr.-134 (KAM)**

Dear Judge Matsumoto:

      In response to the Court's Memorandum and Order dated November 18, 2019, directing defense counsel to respond, defense counsel does not view any part(s) of Charge Request No. 8, of the Government's Requests to Charge, to be objectionable.

      Respectfully,

      *Anthony L. Ricco*
      Anthony L. Ricco

cc: A.U.S.A. Sylvia Shweder (By E.C.F.)
cc: A.U.S.A. David Gopstein (By E.C.F.)
cc: Gerald M. Moody, Jr. (By E.C.F.)
    Trial Attorney
    U.S. Department of Justice