

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

F. #2016R02185

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 2, 2020

By FedEx and ECF

Anthony Ricco
20 Vesey Street, Suite 400
New York, New York 10007

      Re:    United States v. Donville Inniss
                 Criminal Docket No. 18-134 (S-2)(KAM)

Dear Mr. Ricco:

      Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes the following additional discovery with respect to the above-referenced matter. This submission supplements the government's earlier disclosures to you. With this production, the government renews its request for reciprocal discovery from the defendant.

      Enclosed with this letter is a disc that contains the following:

- Google account information relating to Co-Conspirator 1, Bates-numbered DOJ-CDL-000513888.

- The BIDC 2014-15 Annual Report, Bates-numbered DOJ-CDL-000513889-513956.

- A replacement version of the document previously produced at Bates-number DOJ-CDL-00050412. This replacement version was also provided via email on December 11, 2019.

- Florida DMV records, Bates-numbered DOJ-CDL-000513957-58.

If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact us.

Very truly yours,

RICHARD P. DONOGHUE
United States Attorney

By: /s/ David Gopstein
David Gopstein
Sylvia Shweder
Assistant U.S. Attorneys
(718) 254-6153/6092

ROBERT A. ZINK
Chief, Fraud Section
Criminal Division
U.S. Department of Justice

By: /s/
Gerald M. Moody, Jr.
Trial Attorney
U.S. Department of Justice
(202) 616-4988

Enclosure

cc: Clerk of the Court (KAM) (by ECF) (without enclosure)