

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

F. #2016R02185

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 3, 2020

By Email and ECF

Anthony Ricco
20 Vesey Street, Suite 400
New York, New York 10007

        Re:    United States v. Donville Inniss
                 Criminal Docket No. 18-134 (S-2)(KAM)

Dear Mr. Ricco:

        Enclosed please find (i) the government's exhibit list and (ii) the government's list of materials produced pursuant to 18 U.S.C. § 3500. These documents, in addition to the exhibits and Section 3500 materials, were provided to you earlier today in Court. The government reserves the right to supplement this production with additional and/or revised exhibits and Section 3500 materials.

These disclosures are made pursuant to the Protective Order previously entered by the Court on December 7, 2018.

    Very truly yours,

    RICHARD P. DONOGHUE
    United States Attorney

By:    /s/ David Gopstein
    David Gopstein
    Sylvia Shweder
    Assistant U.S. Attorneys
    (718) 254-6153/6092

    ROBERT A. ZINK
    Chief, Fraud Section
    Criminal Division
    U.S. Department of Justice

By:    /s/
    Gerald M. Moody, Jr.
    Trial Attorney
    U.S. Department of Justice
    (202) 616-4988

Enclosures

cc:    Clerk of the Court (KAM) (by ECF) (without enclosures)