

**Verdict Form**
**January 16, 2020**

**Court Exhibit 3A**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D N.Y.

★ JAN 16 2020 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------x
                                    :
UNITED STATES OF AMERICA,           :
                                    :    **Verdict Form**
        -against-                   :
                                    :    18-CR-134 (KAM)
DONVILLE INNISS,                    :
                                    :
        Defendant.                  :
                                    :
------------------------------------x

### COUNT ONE
(Money Laundering Conspiracy)

On the charge of conspiracy to commit money laundering in COUNT ONE, how do you find the defendant?

        Guilty _____                    Not Guilty _____

### COUNT TWO
(Money Laundering: August 2015)

On the charge of money laundering in COUNT TWO, how do you find the defendant?

        Guilty _____                    Not Guilty _____

### COUNT THREE
(Money Laundering: April 2016)

On the charge of money laundering in COUNT THREE, how do you find the defendant?

        Guilty _____                    Not Guilty _____

**Dated:** _____
        (Month) (Date) (Year)
        *Brooklyn, New York*


                                            _____
                                            Jury Foreperson