UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X

UNITED STATES OF AMERICA,

    - against -

DONVILLE INNISS,

    Defendant.

ORDER

18-CR-134 (KAM)

----------------------------------------X

**MATSUMOTO, United States District Judge:**

It is ORDERED that the Court compensate the fifteen (15) empaneled jurors in the above-captioned case for their availability on January 15, 2020, at the daily juror fee rate of $50.

**SO ORDERED.**

Dated:    January 16, 2020
             Brooklyn, New York

                                          /s/ USDJ KIYO A. MATSUMOTO
                                            Hon. Kiyo A. Matsumoto
                                            United States District Judge