

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JAN 16 2020 ★

BROOKLYN OFFICE

**Verdict Form**
**January 16, 2020**

COURT'S
EXHIBIT NO. 6
IDENTIFICATION/EVIDENCE
DKT.# 18-CR-134
DATE: 1-16-20

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------x
                                    :
UNITED STATES OF AMERICA,           :
                                    :    **Verdict Form**
        -against-                   :
                                    :    18-CR-134 (KAM)
DONVILLE INNISS,                    :
                                    :
                Defendant.          :
                                    :
------------------------------------x

### COUNT ONE
(Money Laundering Conspiracy)

On the charge of conspiracy to commit money laundering in COUNT ONE, how do you find the defendant?

Guilty ✓        Not Guilty _____

### COUNT TWO
(Money Laundering: August 2015)

On the charge of money laundering in COUNT TWO, how do you find the defendant?

Guilty ✓        Not Guilty _____

### COUNT THREE
(Money Laundering: April 2016)

On the charge of money laundering in COUNT THREE, how do you find the defendant?

Guilty ✓        Not Guilty _____

Dated: __1/16/2020__
       (Month) (Date) (Year)
       *Brooklyn, New York*

_____
Jury Foreperson