

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

F. #2016R02185

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 10, 2020

By Hand and ECF

The Honorable Kiyo A. Matsumoto
United States District Judge
United States District Court
Eastern District of New York
Brooklyn, NY 11201

The application is ✓ granted. ___ denied.
SO ORDERED.
s/ Kiyo A. Matsumoto
Kiyo A. Matsumoto, U.S.D.J.
Dated: 2/12/2020
Brooklyn, New York

RD 2/13/2020

Re: United States v. Donville Inniss
Criminal Docket No. 18-134 (S-2)(KAM)

Dear Judge Matsumoto:

The government respectfully submits this letter, with the consent of defense counsel, regarding the Court's order directing the parties to submit a joint letter today advising the Court on how the parties wish to proceed with the forfeiture component of the defendant Donville Inniss' conviction after trial.

The parties are attempting to come to an agreement on a forfeiture money judgment. If an agreement cannot be reached by March 19, 2020, the date that the defendant's reply brief for his R. 29 motion is due, the parties propose the following briefing schedule for the forfeiture motion:

April 3, 2020: the government's forfeiture opening brief.

April 17, 2020: the defendant's response.

April 24, 2020: the government's reply (if any).

The parties respectfully request that the Court so order the parties' proposed schedule.

Respectfully submitted,

RICHARD P. DONOGHUE
United States Attorney

By: /s/
Sylvia Shweder
David Gopstein
Assistant U.S. Attorneys
(718) 254-6092/6153

ROBERT A. ZINK
Chief, Fraud Section
Criminal Division
U.S. Department of Justice

By: /s/
Gerald M. Moody, Jr.
Trial Attorney
U.S. Department of Justice
(202) 616-4988

cc: Anthony Ricco, Esq., and Steven Legon, Esq. (by ECF)