# ANTHONY L. RICCO

ATTORNEY AT LAW

20 VESEY STREET • SUITE 400
NEW YORK, NEW YORK 10007

TEL (212) 791-3919
FAX (212) 964-2926
tonyricco@aol.com

February 20, 2020

**BY E.C.F.**

Hon. Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:  *United States v. Donville Inniss*, Docket No. 18-Cr.-134 (KAM)

Dear Judge Matsumoto:

      Defense counsel respectfully requests a three day extension of time to file a Rule 29 motion on behalf of the defendant, Donville Inniss, by Sunday, February 23, 2020. Although the defense's Rule 29 motion was scheduled due today, defense counsel makes this request for a brief extension of time, as I was most recently engaged on trial until this earlier this afternoon, before the Hon. Edward R. Korman, in the matter of *United States v. Carlos Richard Martinez*, Docket No. 17-cr-281 (ERK). The trial, which commenced on Monday, February 10, 2020, and ended with a jury verdict earlier this afternoon, required my full attention.

      The government has been informed of defense counsel's intention to file this application and has indicated that it has no objection.

      Respectfully,

*Anthony L. Ricco*
Anthony L. Ricco

ALR/jh

cc:  A.U.S.A. Sylvia Shweder (By E.C.F.)
cc:  A.U.S.A. David Gopstein (By E.C.F.)
cc:  Gerald M. Moody, Jr. (By E.C.F.)
     Trial Attorney, Department of Justice