UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------x

UNITED STATES OF AMERICA,

   - against -                                  Docket. No. 18 Cr. 134 (S-1) (KAM)

DONVILLE INNISS,                        **NOTICE OF MOTION**

            Defendant.
---------------------------------x

      PLEASE TAKE NOTICE that the defendant, Donville Inniss, will move this Court before the Honorable Kiyo A. Matsumoto, United States District Judge, in the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York, at a time that is convenient for the Court, for the following relief:

      (1)    An Order vacating the counts of conviction and granting a judgment of acquittal on each count of conviction, pursuant to Rule 29(c) of the Federal Rules of Criminal Procedure; and

      (2)    For such other and further relief as this Court may deem just and proper.

Dated: New York, New York
       February 22, 2020

                                                   *Anthony L. Ricco*
                                                   Anthony L. Ricco
                                                   *Attorney for Donville Inniss*
                                                   20 Vesey Street, Suite 400
                                                   New York, New York 10007
                                                   Tel. (212) 791-3919
                                                   Email: *Tonyricco@aol.com*

TO:    Hon. Kiyo A. Matsumoto
         United States District Court Judge
         Eastern District of New York
         225 Cadam Plaza East
         Brooklyn, New York 11201

         A.U.S.A. Sylvia Shweder (By E.C.F.)
         A.U.S.A. David Gopstein (By E.C.F.)
         A.U.S.A. Gerald M. Moody, Jr. (By E.C.F.)