UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA,

        Plaintiff,

v.

DONVILLE INNISS,

        Defendant.
-----------------------------------------------------------x

1:18-cr-00134-KAM-1

**DECLARATION IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

I, Joel Hirschhorn, declare, under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am a partner with the law firm of GrayRobinson, P.A.

2. I submit this affidavit in support of my Motion for Admission to Practice Pro Hac Vice in the above-captioned matter.

3. As shown in the Certificates of Good Standing annexed hereto, I am a member in good standing of the Bar of the States of Florida and Wisconsin.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. I never been convicted of a felony.

6. I never been censured, suspended, disbarred or denied admission or readmission by any Court.

7. Attorney Registration Number(s) if applicable: Florida (104573) and Wisconsin (1012000).

8. Wherefore, your declarant respectfully submits that he be permitted to appear as counsel and advocate pro hac vice in case (1:18-cr-00134-KAM-1) for Defendant, Donville Inniss,



at Sentencing and all other proceedings in this matter before the District Court until the entry of the Judgment in a Criminal Case.

Dated: December 14, 2020

Respectfully submitted,

JOEL HIRSCHHORN
**GrayRobinson, P.A.**
333 S.E. 2nd Avenue, Suite 3200
Miami, Florida 33131
joel.hirschhorn@gray-robinson.com
Telephone: (305) 416-6880