# Supreme Court of Florida

## Certificate of Good Standing

*I, JOHN A. TOMASINO, Clerk of the Supreme Court of the State of Florida, do*

*hereby certify that*

### JOEL HIRSCHHORN

*was admitted as an attorney and counselor entitled to practice law in all the*

*Courts of the State of Florida on* NOVEMBER 10, 1967, *is presently in good*

*standing, and that the private and professional character of the attorney appear*

*to be good.*



*WITNESS my hand and the Seal of the*

*Supreme Court of Florida at Tallahassee,*

*the Capital, this DECEMBER 11, 2020.*

_____

*Clerk of the Supreme Court of Florida*



Sheila T. Reiff
Clerk

# WISCONSIN SUPREME COURT
## OFFICE OF THE CLERK
110 E. Main Street, Suite 215
P.O. Box 1688
Madison, WI 53701-1688

Telephone: 608-266-1880
TTY: 800-947-3529
Fax: 608-267-0640
http://www.wicourts.gov

## *CERTIFICATE OF GOOD STANDING*

*I, Sheila T. Reiff, Clerk of the Supreme Court of Wisconsin certify that the records of this office show that:*

### *JOEL HIRSCHHORN*

*was admitted to practice as an attorney within this state on July 28, 1967 and is presently in good standing in this court.*

*Dated: December 14, 2020*

*SHEILA T. REIFF*
*Clerk of Supreme Court*



AP-7000, 03/2005 Certificate of Good Standing