UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x

1:18-cr-00134-KAM-1

UNITED STATES OF AMERICA,

       Plaintiff,

  v.

DONVILLE INNISS,

       Defendant.
------------------------------------------------------------x

## **ORDER GRANTING MOTION TO APPEAR PRO HAC VICE**

      This cause has come before the Court upon the Motion of Brian H. Bieber of the law firm GrayRobinson, P.A. seeking an Order granting Joel Hirschhorn of the law firm GrayRobinson, P.A. leave to appear pro hac vice for the purpose of appearing as counsel on behalf of Defendant, Donville Inniss, at Sentencing and all other proceedings in this matter before the District Court until the entry of the Judgment in a Criminal Case.

      Being fully advised, it is now ORDERED that the Motion be, and hereby is, GRANTED. Applicant's contact information should be entered as follows:

JOEL HIRSCHHORN
GRAYROBINSON, P.A.
333 S.E. 2nd Avenue, Suite 3200
Miami, Florida 33131
Email: joel.hirschhorn@gray-robinson.com
Telephone: (305) 416-6880
Facsimile: (305) 416-6887


Dated: _____            _____
                                                                          **HON. KIYO A. MATSUMOTO**
                                                                           **UNITED STATES DISTRICT COURT**
                                                                           **EASTERN DISTRICT OF NEW YORK**