**U.S.D.J. KIYO A. MATSUMOTO**          **April 27, 2021**          **TIME: 3:00pm - 5:00pm**

## CRIMINAL CAUSE FOR SENTENCING

**DOCKET NUMBER:** 18CR134 KAM

**CASE CAPTION:** USA v. DONVILLE INNISS

DEFENSE COUNSEL: **Joel Hirschhorn, Esq. [Retained]**

A.U.S.A**: Sylvia Shweder**          COURT REPORTER: **Rivka Teich**     Deputy: **Sandra Jackson**

✔ Case Called.          ✔ Defendant Sworn and Informed of Rights

✔ Sentencing held.          ✔ Statements of defendant and counsel heard

✔ Defendant was found Guilty after a Plea of Not Guilty to One, Two, and Three of a Three Count, Second Superseding Indictment

**IMPRISONMENT:**   24 months on each count to be served concurrently.

**SUPERVISED RELEASE:** 2 year with the following special conditions.

.
(1) Mr. Inniss shall provide the Probation Department with complete and truthful disclosure of his financial records, including personal and business co-mingled income, expenses, assets and liabilities, to include yearly personal and business income tax returns. Except for the financial accounts reported and noted within the presentence report, the defendant is prohibited from maintaining and/or opening any additional individual and/or joint checking, savings, or other financial accounts, for either personal or business purposes, without the knowledge and approval of the Probation Department. Mr. Inniss shall cooperate with the probation officer in the investigation of his financial dealings and shall provide truthful monthly statements of his income and expenses. The defendant shall cooperate in the signing of any necessary authorization to release information forms permitting the U.S. Probation Department access to his financial information and records.

(2)  Mr. Inniss shall cooperate with and abide by all instructions of immigration authorities. if Mr. Inniss is deported, the term of supervised release need not be served in the United States, and he shall not re-enter the United States illegally.

(3)  Mr. Inniss shall not possess a firearm, ammunition, or destructive device.

**FORFEITURE**
Mr. Inniss has consented to pay a Forfeiture money judgment in the amount of $36,536.73. The Final Order and Judgment of Forfeiture is attached hereto and incorporated herein.

**OTHER**

  $36,536.73 **FORFEITURE**          __ RESTITUTION          $0  FINE          $300.00 **SPECIAL ASSESSMENT**

.✔ Transcript Ordered**.**                    ✔ Court Advised Defendant of Right to Appeal.

    ICE Detainer

✔ Govt Shall Arrange For The Return Of Defendant's Property, If Any.

.