# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK
Case No.: 1:18-CR-00134-KAM-1

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**vs.**

**DONVILLE INNISS,**

    **Defendant.**
_____/

## DEFENDANT'S NOTICE OF APPEAL

COMES NOW Defendant, DONVILLE INNISS, pursuant to Fed. R. App. P. 4(b), and hereby files his Notice of Appeal, appealing to the United States Court of Appeals for the Second Circuit the Judgment (conviction and sentence) entered by the Honorable Kiyo Matsumoto, United States District Judge for the Eastern District of New York on April 27, 2021.

    Respectfully submitted,

    **GRAYROBINSON, P.A.**
    Attorneys for Defendant
    333 S.E. 2nd Avenue, Suite 3200
    Miami, Florida 33131
    Telephone: (305) 416-6880
    Facsimile: (305) 416-6887
    joel.hirschhorn@gray-robinson.com

    By:    s/Joel Hirschhorn
            JOEL HIRSCHHORN
            Admitted Pro Hac Vice

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 6, 2021 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

s/Joel Hirschhorn<br>
JOEL HIRSCHHORN