&%RPCourt Name: Eastern District of New York

Division: 1  
Receipt Number: 4653156917  
Cashier ID: smejia  
Transaction Date: 05/07/2021  
Payer Name: GRAY ROBINSON  
---------------------------------
NOTICE OF APPEAL/DOCKETING FEE  
 For: DONVILLE INNISS  
 Case/Party: D-NYE-1-18-CR-000134-001  
 Amount:     $505.00  
---------------------------------
PAPER CHECK CONVERSION  
 Amt Tendered: $505.00  
---------------------------------
Total Due:     $505.00  
Total Tendered: $505.00  
Change Amt:    $0.00