

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

AB:SSS
F. #2016R02185

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 24, 2021

<u>By Email and ECF</u>

Joel Hirschhorn, Esq.
333 S.E. 2nd Avenue, Suite 3200
Miami, Florida 33131

   Re: United States v. Donville Inniss
     <u>Criminal Docket No. 18-134 (S-1)(KAM)</u>

Dear Mr. Hirschhorn:

   In an abundance of caution, the government hereby discloses the following information. The government understands that, on or about September 8, 2021, co-defendant Alex Tasker made the enclosed unsworn statement in court before a magistrate judge in Barbados when contesting his extradition to the United States. The government does not concede that this is material information under <u>Brady v. Maryland</u>, 373 U.S. 83 (1963), and its progeny.

                Very truly yours,

JOSEPH BEEMSTERBOER      JACQUELYN M. KASULIS
Acting Chief, Fraud Section       Acting United States Attorney
Criminal Division
U.S. Department of Justice

By: /s/_____  By: /s/_____
  Gerald M. Moody, Jr.      Sylvia Shweder
  Assistant Chief        David Gopstein
  (202) 616-4988        Assistant U.S. Attorneys
               (718) 254-6092/6153

Enclosure

cc: Clerk of the Court (KAM) (by ECF) (without enclosure)