December 11th 2021


RECEIVED
JAN 04 2022
PRO SE OFFICE

From: Donville O. Inniss
BOP # 70853018
P.O. Box 1000
Milan Federal Corrections Inst.
Milan, Michigan 48160

To: United States District Court
Eastern District of New York

Re: Docket No. 18-CR-134 (KAM)
Change of Address for Defendant

I hereby notify the Court of my change of address (prison) from Big Springs FCI, Texas to Milan FCI in Michigan.

I was transferred from Texas on Nov. 15, 2021 and arrived at Milan FCI on Nov. 17th 2021. This prison remains on modified movements and hence I was on quarantine for a few days and am still learning the BOP system here. To date I have not yet been engaged in Administration and Orientation (A&O) which teaches new inmates about prison rules and facilities.

I am mindful that my pro sé motion may have been received by the Court, but I am not aware of actions thereafter.

Please effect change of address for me to Milan FCI, Michigan. Any responses issued prior would be re-routed from Texas and I have no idea when such will be received.

Sincerely,
Donville Inniss



Donville O. Inniss
70853-018
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
MILAN, MICHIGAN 48160

METROPLEX MI 480
27 DEC 2021 PM 1 L

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA E.
BROOKLYN, NY 11201