FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 25 2022 ★
BROOKLYN OFFICE

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## Eastern District of New York

**Notice of Electronic Filing**

The following transaction was entered on 12/10/2021 at 11:44 AM EST and filed on 12/10/2021

**Case Name:**     USA v. Inniss

**Case Number:**   1:18-cr-00134-KAM

**Filer:**

**Document Number:** No document attached

**Docket Text:**
ORDER as to Donville Inniss. The Court is in receipt of Mr. Inniss's [147] Motion to Reduce Sentence/Release on Bond Pending Appeal. The Government is respectfully requested to file a response to the motion by December 17, 2021. Ordered by Judge Kiyo A. Matsumoto on 12/10/2021. (Ahn, Lois)

CLERK OF U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, NY 11201

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

quadient
12/20/2021
US POSTAGE $000.53⁰
FIRST-CLASS MAIL
ZIP 11201
041M11470324

**LEGAL MAIL – OPEN ONLY IN PRESENCE OF INMATE**

ANK

Donville Inniss
14240-053
Federal Corre
P.O Box 2000
White Deer, P

NIXIE      171     FE 1        0001/01/22

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD