

333 S.E. 2ND AVENUE
SUITE 3200
MIAMI, FLORIDA 33131
TEL 305-416-6880
FAX 305-416-6887
gray-robinson.com

BOCA RATON
FORT LAUDERDALE
FORT MYERS
GAINESVILLE
JACKSONVILLE
KEY WEST
LAKELAND
MELBOURNE
MIAMI
NAPLES
ORLANDO
TALLAHASSEE
TAMPA
WASHINGTON, DC
WEST PALM BEACH

Joel Hirschhorn, Esq.
Attorney At Law

305-416-6880

JHIRSCHHORN@GRAY-ROBINSON.COM

February 1, 2022

***VIA ECF***

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

     **Re:**    <u>United States v. Donville Inniss</u>, Case No.: 18-cr-00134-KAM

Dear Judge Matsumoto:

     Pursuant to the Court's January 28, 2022 Order, I have conferred with Mr. Inniss and determined that no supplement to his *pro se* Motion for Release on Bond Pending Appeal will be filed. Mr. Inniss understands that all future pleadings, if any, will be filed by my office as necessary.

     Copies of all pleadings and Court Orders filed on, or after, January 4, 2022, shall be forwarded to Mr. Inniss in accordance with the Court's January 28, 2022 Order.

     Respectfully submitted,

     <u>/s/ Joel Hirschhorn, Esq.</u>
     JOEL HIRSCHHORN
     *Admitted Pro Hac Vice*

JH/adu

cc: All Counsel of Record (via ECF)