United States District Court For The
Eastern District of New York

Donville Inniss
Petitioner

v.  Case No: 18-cr-134 (KAM)

United States
Of America
Respondent

## Motion For Extension of Time To File Legal Memorandum in Support of Motion For Post Conviction Relief Pursuant to 28 U.S.C. \ Section 2255 and For Other Relief

Now Comes the Petitioner, Donville Inniss, Pro Se, (hereinafter "Inniss"), and for his motion for extension of time to file his legal memorandum in support of his motion for post conviction relief pursuant to 28 USC section 2255, and, in support thereof, states as follows;

1. On April 27, 2021, Inniss was sentenced to a 24 month term of incarceration for violations of 18 U.S.C. Section 1956.

2. On or about February 1, 2023, Inniss received immediate release from Federal Bureau of Prison custody. Inniss was immediately thereafter detained by ICE Immigration authorities and he is, at present, being detained by ICE at the Calhoun County Detention Center in Battle Creek, Michigan

3. Inniss is scheduled for an ICE Deportation hearing on February 23, 2023.

4. On February 12, 2023, Inniss filed his Motion for Post-Conviction Relief pursuant to 28 U.S.C. Section 2255.

5. Inniss is, at present in Covid Quarantine and in SHU isolation. It is unclear whether and when he will be in general population at Calhoun County Detention Center. Inniss' current conditions at the Calhoun County Detention Center, and without access to a law library facility remotely comparable to FCI Milan, has and will likely continue to effectively prevent Inniss from having the ability to research and prepare his necessary supporting legal memorandum attendant to his 2255 motion form filing.

6. Based upon the foregoing, Inniss respectfully requests that this Honorable Court enter an order at this time granting Inniss' extension request and permitting Inniss to file his supporting Legal Memorandum within 180 days forthwith.

Wherefore, the Petitioner, Donville Inniss prays that this Honorable Court enter an order in accordance with the foregoing request, and for such other and further relief as this Court deems is just and proper.

Respectfully Submitted,

Dated 02/08/23

*[signature]*

Donville Inniss
#70853-018
Calhoun County Detention Ctr.
185 East Michigan Avenue
Battle Creek, Michigan 49014

## Certificate of Service

I, David Grosky, states and affirms that I placed a copy of this Motion for Extension of Time in the United States Mail System to the United States Attorney's Office in New York.

Date: 02/08/23

*[signature]*

David Grosky
375 West Dundee Road
Apt 413
Wheeling, Illinois 60090