

# U.S. DISTRICT COURT
## DISTRICT OF NEW YORK
CADMAN PLAZA EAST
BROOKLYN, NY 11201

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

---

FIRST-CLASS MAIL
quadient
02/22/2023
US POSTAGE $000.60
ZIP 11201
041M11470324

Donnell Innis
70853-018
FCI Milan Federal Corr Inst
P.O. Box 1000
Milan, MI

NIXIE    482    DE 1          0003/07/25
          RETURN TO SENDER
       ATTEMPTED - NOT KNOWN
          UNABLE TO FORWARD
BC: 11201183299      *3045-02378-22-44

Return To Sender
Can Not Identify/NO #
Not At Institution
Unauthorized

FILED
IN CLERK'S OFFICE
DISTRICT COURT E.D.N.Y.

★ MAR 13 2023 ★

BROOKLYN OFFICE

```
MIME-Version:1.0
From:ecf_bounces@nyed.uscourts.gov
To:nobody@nyed.uscourts.gov
Bcc:
--Case Participants: David Norwich Gopstein (caseview.ecf@usdoj.gov,
dgopstein@kaplanhecker.com), Joel Hirschhorn (anita.abrams@gray-robinson.com,
jhirschhorn@gray-robinson.com), Gerald Moody (fraud.fcpa.ecf@usdoj.gov,
gerald.moody@usdoj.gov), Gary Mouw (gjmouw@varnumlaw.com,
mkerffmeyer@varnumlaw.com), John Joseph Rolecki (jjrolecki@varnumlaw.com,
smnawara@varnumlaw.com), Sylvia Shweder (caseview.ecf@usdoj.gov,
sylvia.shweder@usdoj.gov, usanye-crdocket@usdoj.gov), Judge Kiyo A. Matsumoto
(anna_applebaum@nyed.uscourts.gov, jennifer_tavarez@nyed.uscourts.gov,
kiyo_matsumoto@nyed.uscourts.gov, leah_wong@nyed.uscourts.gov,
michelle_lee@nyed.uscourts.gov, sandy_d_williams@nyed.uscourts.gov)
--Non Case Participants: Debo Patrick Adegbile (erin.ladd@wilmerhale.com)
--No Notice Sent:

Message-Id:<17631343@nyed.uscourts.gov>
Subject:Activity in Case 1:18-cr-00134-KAM USA v. Inniss Order
Content-Type: text/html
```

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**Eastern District of New York**

RECEIVED
MAR 13 2023
PRO SE OFFICE

### Notice of Electronic Filing

The following transaction was entered on 02/21/2023 at 1:46:19 PM EST and filed on 02/21/2023
**Case Name:** USA v. Inniss
**Case Number:** 1:18-cr-00134-KAM
**Filer:**
**WARNING: CASE CLOSED on 04/29/2021**
**Document Number:**

**Docket Text:**
**ORDER:** That the government and counsel as to Mr. Innis shall respond to Mr. Inniss' doc # [154] MOTION to Vacate under 28 U.S.C. 2255 by March 28, 2023. A copy of this Order mailed to defendant.Ordered by Judge Kiyo A. Matsumoto on 2/21/2023. (SW)

**1:18-cr-00134-KAM- 1 Notice has been electronically mailed to:**

Joel Hirschhorn    jhirschhorn@gray-robinson.com, anita.abrams@gray-robinson.com

Sylvia Shweder     sylvia.shweder@usdoj.gov, caseview.ecf@usdoj.gov, usanye-crdocket@usdoj.gov

John Joseph Rolecki     jjrolecki@varnumlaw.com, smnawara@varnumlaw.com

David Norwich Gopstein     dgopstein@kaplanhecker.com, caseview.ecf@usdoj.gov

Gerald Moody     gerald.moody@usdoj.gov, fraud.fcpa.ecf@usdoj.gov

Gary Mouw     gjmouw@varnumlaw.com, mkerffmeyer@varnumlaw.com

**1:18-cr-00134-KAM- 1 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

*This is a re-generated NEF. Created on 2/21/2023 at 4:50 PM EST*