

U.S. Department of Justice

Criminal Division

Peter L. Cooch
Criminal Division, Fraud Section
1400 New York Avenue, N.W.
Bond Building, 11th Floor
Washington, D.C. 20530

Telephone: (202) 924-6259
Email: peter.cooch@usdoj.gov

May 18, 2023

**VIA CM/ECF**

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:   United States v. Donville Inniss
                Criminal Docket No. 18-134 (KAM)

Dear Judge Matsumoto:

        The government writes to update the Court concerning Mr. Inniss' location, per the Court's order dated April 18, 2023.

        Following his release from FCI Milan in February 2023, Mr. Inniss was detained by U.S. Immigration and Customs Enforcement and held at Calhoun County Detention Center in Battle Creek, Michigan for about two months. On March 27, 2023, Mr. Inniss was deported from the United States to Barbados. The government has confirmed a residential address for Mr. Inniss in Barbados and is happy to provide it separately to the Court if useful.

        The government also confirmed that Mr. Hirschhorn, who represented Mr. Inniss in his appeal, is unable to accept service for Mr. Inniss. On May 18, 2023, the government sent copies of the docket sheet and ECF Nos. 156 through 160 to Mr. Inniss at his address in Barbados.

1

Respectfully Submitted,

GLEN S. LEON
Chief, Fraud Section

By: /s/ Peter L. Cooch

Peter L. Cooch
Trial Attorney
Gerald Moody
Assistant Chief
U.S. Department of Justice, Criminal Division
1400 New York Ave, NW
Washington, DC 20005
Email: Peter.cooch@usdoj.gov
Phone: (202) 924-6259