# GRAYROBINSON

Joel Hirschhorn  |  JHirschhorn@gray-robinson.com  |  **D** 305.913.0545
333 SE 2nd Avenue, Suite 3200, Miami, Florida  33131  |  **T** 305.416.6880  |  **F** 305.416.6887

July 6, 2023

*VIA ECF*

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    **Re:**    <u>United States v. Donville Inniss</u>
                 Case No.: 18-cr-00134-KAM

Dear Judge Matsumoto:

    I write the Court in response to its February 21 and March 23, 2023 Orders concerning Mr. Inniss' Motion to Vacate, Set Aside, or Correct his Sentence under 28 U.S.C. § 2255 ("Motion to Vacate"). (D.E. 154). As the record will reflect, I represented Mr. Inniss only at Sentencing and throughout the appeal of his conviction in the Second Circuit Court of Appeals (2d. Cir. Case No.: 21-1211).

    Following the Second Circuit's issuance of its Summary Order affirming the Court's judgment of conviction, I have not had any contact with Mr. Inniss, who has since terminated my services as his attorney – which I assume is why Mr. Inniss' Motion to Vacate was filed <u>pro se</u>.

    Your February and March 2023 Orders instruct me to respond to Mr. Inniss' Motion to Vacate; however, I was not Mr. Inniss' trial counsel, to whom the Motion is directed. My understanding is that ordinarily, the Department of Justice addresses the merits of such a motion.

    However, if you do in fact require a response from me, I believe Mr. Inniss' Motion to Vacate is well taken, and that he received ineffective assistance of counsel under the standard set forth in <u>Strickland v. Washington</u>, 466 U.S. 668 (1984), due to his trial lawyers' deficient performance and the resulting prejudice from same.

                                                     Respectfully submitted,

                                                     /s/ Joel Hirschhorn, Esq.
                                                     JOEL HIRSCHHORN
                                                     *Admitted Pro Hac Vice*

JH/adu

cc: All Counsel of Record (via ECF)

Boca Raton  |  Fort Lauderdale  |  Fort Myers  |  Gainesville  |  Jacksonville  |  Key West  |  Lakeland
Melbourne  |  Miami  |  Naples  |  Orlando  |  Tallahassee  |  Tampa  |  Washington, D.C.  |  West Palm Beach

**gray-robinson.com**