

U.S. Department of Justice

Criminal Division

*Peter L. Cooch*
*Criminal Division, Fraud Section*
*1400 New York Avenue, N.W.*
*Bond Building, 11th Floor*
*Washington, D.C. 20530*

*Telephone: (202) 924-6259*
*Email: peter.cooch@usdoj.gov*

July 10, 2023

**VIA CM/ECF**

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:   United States v. Donville Inniss
             Criminal Docket No. 18-134 (KAM)

Dear Judge Matsumoto:

      The government writes concerning the Court's order dated July 7, 2023. On July 10, 2023, the government sent a copy of the Court's order to Mr. Inniss at his address in Barbados.

      Respectfully Submitted,

      GLENN S. LEON
      Chief, Fraud Section

By:    */s/ Peter L. Cooch*
      Peter L. Cooch
      Trial Attorney
      Gerald Moody
      Assistant Chief
      U.S. Department of Justice, Criminal Division
      1400 New York Ave, NW
      Washington, DC 20005
      Email: Peter.cooch@usdoj.gov
      Phone: (202) 924-6259