

U.S. Department of Justice

Criminal Division

*Peter L. Cooch*  *Telephone: (202) 924-6259*
*Criminal Division, Fraud Section*  *Email: peter.cooch@usdoj.gov*
*1400 New York Avenue, N.W.*
*Bond Building, 11th Floor*
*Washington, D.C. 20530*

October 6, 2023

**VIA ECF**

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    United States v. Donville Inniss
             Criminal Docket No. 18-134 (KAM)

Dear Judge Matsumoto:

    The government writes to confirm that on October 3, 2023, the government sent a copy of the Court's order dated October 2, 2023, to Mr. Inniss at his address in Barbados.

                    Respectfully Submitted,

                    GLENN S. LEON
                    Chief, Fraud Section

        By:     /s/ *Peter L. Cooch*
                    Peter L. Cooch
                  Trial Attorney
                  U.S. Department of Justice, Criminal Division
                  1400 New York Ave, NW
                  Washington, DC 20005
                  Email: Peter.cooch@usdoj.gov
                  Phone: (202) 924-6259