

**U.S. Department of Justice**

Criminal Division

---

*Peter L. Cooch* *Telephone: (202) 924-6259*
*Criminal Division, Fraud Section* *Email: peter.cooch@usdoj.gov*
*1400 New York Avenue, N.W.*
*Bond Building, 11th Floor*
*Washington, D.C. 20530*

November 17, 2023

**VIA ECF**

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    United States v. Donville Inniss
              Criminal Docket No. 18-134 (KAM)

Dear Judge Matsumoto:

       The government writes to confirm that on November 16, 2023, the government sent copies of the government's motion for extension of time to file a response to the defendant's motion to vacate, see Dkt. No. 168, and the Court's order dated November 15, 2023, to Mr. Inniss at his address in Barbados.

                                    Respectfully Submitted,

                                    GLENN S. LEON
                                    Chief, Fraud Section

                By:      */s/ Peter L. Cooch*
                           Peter L. Cooch
                           Trial Attorney
                           U.S. Department of Justice, Criminal Division
                         1400 New York Ave, NW
                         Washington, DC 20005
                         Email: Peter.cooch@usdoj.gov
                         Phone: (202) 924-6259