

U.S. Department of Justice

Criminal Division

*Peter L. Cooch*  
*Criminal Division, Fraud Section*  
*1400 New York Avenue, N.W.*  
*Bond Building, 11th Floor*  
*Washington, D.C. 20530*

*Telephone: (202) 924-6259*  
*Email: peter.cooch@usdoj.gov*

December 12, 2023

**VIA ECF**

The Honorable Kiyo A. Matsumoto  
United States District Judge  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, New York 11201

        Re:    United States v. Donville Inniss  
                Criminal Docket No. 18-134 (KAM)

Dear Judge Matsumoto:

      The government writes to request additional time to file the government's opposition to defendant's motion to vacate, which is currently due December 13, 2023. The government noted in its letter dated November 15, 2023, that it would request additional time to file its opposition following receipt of the defendant's second supplemental memorandum supporting his motion to vacate if necessary. See Dkt. No. 168. On November 17, 2023, the government received the defendant's supplemental memorandum and needs additional time to file its opposition. The government therefore requests a short extension to December 22, 2023, to file its opposition.

                              Respectfully Submitted,

                              GLENN S. LEON  
                            Chief, Fraud Section

          By:      /s/ Peter L. Cooch  
                   Peter L. Cooch  
                   Trial Attorney  
                   Gerald M. Moody, Jr.  
                   Assistant Chief  
                   U.S. Department of Justice, Criminal Division  
                   1400 New York Ave, NW  
                   Washington, DC 20005  
                   Email: Peter.cooch@usdoj.gov  
                   Phone: (202) 924-6259